■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDEN HODGE, Appellant. [673 NYS2d 616] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 9, 1996 (*People v Hodge,* 234 AD2d 389), affirming a judgment of the Supreme Court, Kings County, rendered November 21, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Miller, J. P., Ritter, Copertino and Krausman, JJ., concur.